UNITED STATES ex rel. Chico MOYA,
Appellant,

v.

John L. ZELKER, Superintendent of
Green Haven Correctional Facility,
Stormville, New York, Appellee.

No. 612, Docket 71–1976.

United States Court of Appeals,
Second Circuit.

Argued March 24, 1972.

Decided April 7, 1972.

Carl Rubino, New York City, for appellant.

Maryellen Weinberg, New York City (Louis J. Lefkowitz, Atty. Gen. of New York, Samuel A. Hirshowitz, First Asst. Atty. Gen., on the brief), for appellee.

Before HAYS, MANSFIELD and MULLIGAN, Circuit Judges.

PER CURIAM:

The order of the district court, 329 F.Supp. 120, denying appellant's petition for a writ of *habeas corpus* is affirmed.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Joseph Wiley BROWN, Defendant-
Appellant.

No. 71–2973.

United States Court of Appeals,
Ninth Circuit.

April 10, 1972.

Wesley G. Hohlbein, Seattle, Wash., for defendant-appellant.

Stan Pitkin, U. S. Atty., Thomas B. Russell, Susan L. Barnes, Asst. U. S. Attys., Seattle, Wash., for plaintiff-appellee.

Before CHAMBERS, WRIGHT and GOODWIN, Circuit Judges.

PER CURIAM:

After conviction and sentence in this firearms case, United States v. Bass, 404 U.S. 336, 92 S.Ct. 515, 30 L.Ed.2d 488 (1971) was decided. With that decision "interstate commerce" takes on a new importance in gun cases.

The case is remanded to the district court to vacate the judgment and reconsider the case in the light of Bass.